**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Yoandy Gonzalez       JOINT DEBTOR:                          CASE NO.:
Last Four Digits of SS# 0041         Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 177.67 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650  TOTAL PAID $1500  Balance Due $ 2150
    payable $ 107.50/month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                          Arrearage on Petition Date  $
Address:                         Arrears Payment   $         /month (Months      to      )
                                 Regular Payment   $         /month (Months      to      )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None         Total Due  $
                Payable   $         /month (Months ___ to ___)  Regular Payment $

Unsecured Creditors: Pay $ 52.40/month (Months 1 to 20) and Pay $ 159.90 /month (Months 21 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors VW Credit, Inc., Wells Fargo Home Mortgage and Lake Arbor Village HOA Unit Eight Inc. and will continue to pay said creditors directly outside the chapter 13 plan. Debtor surrenders and abandon all interest in the 2010 Dodge Charger financed by secured creditor Alphera Financial Services.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                              Joint Debtor
Date: 10-27-2014                                     Date:

LF-31 (rev. 01/08/10)