# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Case No. 14-33726-RAM

Yoandy Gonzalez

Chapter 13

_____Debtor_____/

## CERTIFICATE OF NO RESPONSE OR SETTLEMENT
## AND REQUEST FOR ENTRY OF ORDER

Yoandy Gonzalez, has filed a Renewed Objection to Claim of BMW Financial Services and an Objection to Claim of Wells Fargo Bank, N.A. on February 4, 2016, pursuant to Local Rule 3007-1(D).  Movant represents:

1. The motion and proposed order (where required by the Local Rules) was timely served on all interested parties pursuant to the referenced rule as is shown on the certificate of service previously filed with the motion.

2. The motion contained the bulletin required by the referenced rule.

3. The deadline for response to the motion was March 7, 2016.

4. No objections to or requests for hearing on the motion have been received, and as of March 9, 2016, a check of the electronic entries docketed in this case confirms that no objections to or requests for hearing on the motion have been filed.

Movant seeks the entry of an order granting the requested relief.

DATED: March 9, 2016  Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
       Robert Sanchez, Esq., FBN#0442161

LF-48 (rev. 12/01/09)